UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

BRANSON R. JOHNSON

DEBTOR(S)                                                          CASE NO. 17-60798

AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION
PER AMENDED PLAN (DOC. NO. 23)

Confirmation: NOT RECOMMENDED.

1. Plan payments are $1,950.00 (2 months) past due as shown below. The next payment is due on October 5, 2017.

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 7/2017 | $975.00 | $975.00 | | $0.00 |
| 2 | 8/2017 | $975.00 | | | $975.00 |
| 3 | 9/2017 | $975.00 | | | $1,950.00 |

**Total Delinquent Amount: $1,950.00**

2. The following documents have not been provided to the Trustee:

   (a) A certificate of title to the 2015 Big Tex trailer.


Respectfully submitted by:   Beverly M. Burden, Chapter 13 Trustee

                     By:   /s/Michael E. Litzinger
                           Michael E. Litzinger,
                           Attorney for Trustee
                           KY Bar ID: 82898
                           P.O. Box 2204
                           Lexington, KY 40588-2204
                           (859) 233-1527
                           notices@ch13edky.com

CERTIFICATE OF SERVICE

I hereby certify that on the September 15, 2017, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via electronic service via EM/ECF upon the following:

W. THOMAS BUNCH, II                              All other parties requesting electronic notice

By:   /s/Michael E. Litzinger
      Michael E. Litzinger,
      Attorney for Trustee