**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION**

IN RE:

**BRANSON R. JOHNSON**

**DEBTOR(S)**                                                                      **CASE NO. 17-60798**

**SECOND AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION
PER AMENDED PLAN (DOC. NO. 23)**

Confirmation: NOT RECOMMENDED.

1. Plan payments are $1,950.00 (2 months) past due as shown below.  The next payment is due on October 5, 2017.

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 7/2017 | $975.00 | $975.00 | | $0.00 |
| 2 | 8/2017 | $975.00 | | | $975.00 |
| 3 | 9/2017 | $975.00 | | | $1,950.00 |
| 4 | 10/2017 | | | | $1,950.00 |

**Total Delinquent Amount: $1,950.00**

Respectfully submitted by:    Beverly M. Burden, Chapter 13 Trustee

By:   */s/ Michael E. Litzinger*
Michael E. Litzinger,
Attorney for Trustee
KY Bar ID:  82898
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the October 2, 2017, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via electronic service via EM/ECF upon the following:

| | |
|---|---|
| W. THOMAS BUNCH, II | All other parties requesting electronic notice |

By: /s/ Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee