UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

BRANSON R. JOHNSON

DEBTOR(S)                                                           CASE NO. 17-60798

FIFTH AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED.

1. Plan payments are $1,600 (2 months) past due as shown below. The next payment is due on January 5, 2018.

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 7/2017 | $975.00 | $975.00 | | $0.00 |
| 2 | 8/2017 | $0.00 | | | $0.00 |
| 3 | 9/2017 | $0.00 | | | $0.00 |
| 4 | 10/2017 | $0.00 | | | $0.00 |
| 5 | 11/2017 | $800.00 | | | $800.00 |
| 6 | 12/2017 | $800.00 | | | $1,600.00 |

**Total Delinquent Amount: $1,600.00**

Respectfully submitted by:   Beverly M. Burden, Chapter 13 Trustee

By:   /s/ Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee
KY Bar ID:  82898
P.O. Box 2204
Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

## CERTIFICATE OF SERVICE

I hereby certify that on the December 7, 2017, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via electronic service via EM/ECF upon the following:

W. THOMAS BUNCH, II　　　　　　　　　　All other parties requesting electronic notice

By: /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee