**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LONDON DIVISION**

IN RE:

**BRANSON R. JOHNSON**

**DEBTOR(S)**                                                                                      CASE NO. 17-60798

**SIXTH AMENDED**
**TRUSTEE'S REPORT AND**
**RECOMMENDATION AS TO CONFIRMATION**
**PER AMENDED PLAN (DOC. NO. 57)**

Confirmation: NOT RECOMMENDED:

The Trustee does not object to the recent plan amendments "zeroing out" monthly payments due from August 2017 through January 2018. However, plan payments are now $400 (1 month) past due as shown below per the most recent amended plan. The next payment is due on March 5, 2018.

| Period | Date (Month/Year) | Payment Due | Payment Received | Deferred Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 7/2017 | $975.00 | $975.00 |  | $0.00 |
| 2 | 8/2017 | $0.00 |  |  | $0.00 |
| 3 | 9/2017 | $0.00 |  |  | $0.00 |
| 4 | 10/2017 | $0.00 |  |  | $0.00 |
| 5 | 11/2017 | $0.00 |  |  | $0.00 |
| 6 | 12/2017 | $0.00 |  |  | $0.00 |
| 7 | 1/2018 | $0.00 |  |  | $0.00 |
| 8 | 2/2018 | $400.00 |  |  | $400.00 |

**Total Delinquent Amount: $400.00**

Respectfully submitted by:   Beverly M. Burden, Chapter 13 Trustee

By:   /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee
KY Bar ID: 82898
P.O. Box 2204

Lexington, KY 40588-2204
(859) 233-1527
notices@ch13edky.com

## CERTIFICATE OF SERVICE

I hereby certify that on the February 5, 2018, I served a copy of the forgoing by regular U.S. mail, postage prepaid, or via electronic service via EM/ECF upon the following:

W. THOMAS BUNCH, II                  All other parties requesting electronic notice

By:  /s/Michael E. Litzinger
Michael E. Litzinger,
Attorney for Trustee